No. 41793.—Protests 580509-G, etc., of Oceano Shipping Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible covering on the outside.